NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WALTER LYNN ROBERSON,                    )
                                         )
          Appellant,                     )
                                         )
v.                                       )     Case Nos.   2D17-1015
                                         )                 2D17-1031
STATE OF FLORIDA,                        )
                                         )     CONSOLIDATED
          Appellee.                      )
                                         )
_____  )

Opinion filed April 13, 2018.

Appeals from the Circuit Court for
Hillsborough County; Mark R. Wolfe, Judge.

Howard L. Dimmig, II, Public Defender, and
Richard J. Sanders, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


          Affirmed.



KELLY, CRENSHAW, and MORRIS, JJ., Concur.